CHARLES M. BONNEAU, Jr.
(State Bar No.: 056583)
331 J Street, Suite 200
Sacramento, CA 95814
(916) 444-8828
cmbonneau@gmail.com
Attorney for Petitioner

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT OTERO,<br><br>　　　Petitioner,<br><br>v.<br><br>RALPH M. FOX, Secretary of the California Department of Corrections and Rehabilitation,<br><br>　　　Respondent. | 2:19-cv-00381-MCE-KJN P<br><br>[PROPOSED] ORDER |

On January 13, 2021, counsel filed a notice of appearance on petitioner's behalf, and seeks a fourteen day extension of time in which to file objections to the December 17, 2020 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request (ECF No. 13) is granted; and

2. Petitioner shall file objections on or before January 27, 2021.

Dated: January 19, 2021

/oter0381.eot

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE